IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00233-REB-MJW

QUINCY PROPERTIES, LLC, *a Colorado limited liability company*,

Plaintiff,

v.

HOME DEPOT U.S.A., INC., *a Delaware corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of a Confidentiality and Protective Order (docket no. 23) is GRANTED finding good cause shown.  The written Confidentiality and Protective Order (docket no. 23-1) is APPROVED and made an Order of Court.

Date: March 30, 2015