**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00233-REB-MJW

QUINCY PROPERTIES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion for Dismissal and for Disbursement of Funds in Court Registry** [#42][1] filed April 21, 2016.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion for Dismissal and for Disbursement of Funds in Court Registry** is granted;

2.  That the First and Second Claims for Relief of the **Complaint** [#2] of the plaintiff filed February 3, 2015, are dismissed **without prejudice**;

3.  That the Third Claim for Relief of the **Complaint** [#2] of the plaintiff filed

---

[1]  "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

February 3, 2015, and the First, Second and Third Claims for Relief in **Defendant Home Depot U.S.A., Inc.'s Answer to Plaintiff's Complaint and Counterclaims** [#13] filed February 19, 2015, are dismissed **with prejudice**; and

    4.  That the clerk of the court shall disburse the related funds (approximately $96,990.68) held in the registry of the court as follows:

        a. $70,000.00 to defendant Home Depot; and

        b. The balance of $26,990.68, together with accrued interest, if any, to plaintiff Quincy Properties, LLC.

Dated April 22, 2016, at Denver, Colorado.

        **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge